KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
JEFFREY LEE JORDAN

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY LEE JORDAN,<br><br>Defendant. | Case No. 1:13-CR-127 AWI<br><br>ORDER TO REMOVE CASE FROM CALENDAR ON MONDAY, NOVEMBER 4, 2013, AT 10:00 A.M. |

## ORDER

It is herby ordered that the restitution hearing previously scheduled for Monday, November 4, 2013, at 10:00 a.m. be removed from the court's calendar, based on the stipulation of the parties.

IT IS SO ORDERED.

Dated: __October 29, 2013__          _____
                                      SENIOR DISTRICT JUDGE

1